**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

SOUTHAMPTON COMMUNITY
HEALTHCARE, formerly known as
SOUTHAMPTON HEALTHCARE, INC.;
KELLY STORCK; A.S., as next friend and on
behalf of her minor child R.S.; N.F., as next
friend and on behalf of his minor child A.F.;
and LOGAN CASEY;

                Plaintiffs,

v.

ANDREW BAILEY, in his official capacity as
Attorney General for the State of Missouri,

207 West High Street,
Jefferson City, MO 65102,
                Defendant.

Case No. **23SL-CC01673**

Division: 14

## NOTICE OF HEARING

TO: ALL ATTORNEYS OF RECORD

      You are hereby notified that the undersigned will call for hearing Plaintiffs Southampton

Community Healthcare, formerly known as Southampton Healthcare, Inc.; Kelly Storck; A.S., as

Next Friend and on behalf of her minor child R.S.; N.F., as Next Friend and on behalf of his minor

child A.F.; and Logan Casey's ("Plaintiffs'") Motion for Temporary Restraining Order. Plaintiffs

respectfully request that these motions be heard in the Twenty-First Judicial Circuit for St. Louis

County before the Honorable Judge Kristine Allen Kerr in Division 14 on the 26th day of April,

2023, at 1:30 PM via WebEx Link, or as soon thereafter as same may be heard.

Dated: April 24, 2023

Respectfully submitted,

By:   /s/ *J. Bennett Clark*

GILLIAN R. WILCOX, #61278
JASON ORR, #56607
**ACLU of Missouri Foundation**
406 West 34th Street, Ste. 420
Kansas City, MO 64111
gwilcox@aclu-mo.org
jorr@aclu-mo.org

ANTHONY E. ROTHERT, #44827
JONATHAN SCHMID, #74360
**ACLU of Missouri Foundation**
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
arothert@aclu-mo.org
jschmid@aclu-mo.org

NORA HUPPERT*
KARA INGELHART*
**Lambda Legal Defense
and Education Fund, Inc.**
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
(312) 663-4413
nhuppert@lambdalegal.org
kingelhart@lambdalegal.org

OMAR GONZALEZ-PAGAN*
**Lambda Legal Defense
and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

J. BENNETT CLARK, #30907
MICHAEL E. ROWAN, #72992
MARY GRACE E. WARREN, #73147
**Bryan Cave Leighton Paisner LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
ben.clark@bclplaw.com
michael.rowan@bclplaw.com
marygrace.warren@bclplaw.com

JAMES D. LAWRENCE, #53411
TYLER JERRAD BLAKE BRIGGS, #73151
**Bryan Cave Leighton Paisner LLP**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
(816) 374-3200
jdlawrence@bclplaw.com
tj.briggs@bclplaw.com

* Application for admission *pro hac vice* forthcoming.

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE AND SIGNING**

The undersigned certifies that a true copy of this document was caused to be served via the Missouri electronic filing system on all counsel of record on this 24th day of April, 2023.

By: /s/  *J. Bennett Clark*

Electronically Filed - St Louis County - April 24, 2023 - 05:36 PM

Electronically Filed - St Louis County - April 24, 2023 - 04:18 PM

**IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY
STATE OF MISSOURI**

SOUTHAMPTON COMMUNITY
HEALTHCARE, formerly known as
SOUTHAMPTON HEALTHCARE, INC.;
KELLY STORCK; A.S., as next friend and on
behalf of her minor child R.S.; N.F., as next
friend and on behalf of his minor child A.F.;
and LOGAN CASEY;

     *Plaintiffs*,

v.

ANDREW BAILEY, in his official capacity as
Attorney General for the State of Missouri,
207 West High Street,
Jefferson City, MO 65102,

     *Defendant*.

Case No. _____

Division: _____

**MOTION FOR APPOINTMENT OF NEXT FRIEND AND ORDER ALLOWING
MINORS, AS WELL AS PARENTS AND NEXT FRIENDS TO PROCEED USING
THEIR INITIALS**

   COME NOW R.S., by her Next Friend A.S., and N.F., by her Next Friend A.F., and

pursuant to pursuant to Missouri Rule of Civil Procedure 52.02, for their Motion for Appointment

of Next Friend, state to the Court as follows:

   1.  R.S. is under the age of eighteen—R.S. is 15-years old.

   2.  R.S. has no legally appointed guardian.

   3.  A.S. is the mother of R.S.

   4.  R.S. is transgender and is a resident of Boone County, Missouri.

   5.  A.S. is over the age of 18 and is, therefore, qualified to act as Next Friend.

1

6.     R.S. has been diagnosed with gender dysphoria and has been receiving medically necessary care that will be impacted by the Emergency Rule.[1]

7.     A.S. desires to institute an action in the nature of a petition for Temporary Restraining Order, Injunctive Relief, and Declaratory Relief on behalf of the minor child against Defendants, for violation of her civil rights.

8.     A.S. hereby CONSENTS to act as Next Friend for R.S. for the purpose of this litigation.

9.     A.F. is under the age of eighteen—A.F. is 13-years old.

10.    A.F. has no legally appointed guardian.

11.    N.F. is the father of A.F.

12.    A.F. is transgender and is a resident of St. Louis County, Missouri.

13.    N.F. is over the age of 18 and is, therefore, qualified to act as Next Friend.

14.    A.F. has been diagnosed with gender dysphoria and has been receiving medically necessary care that will be impacted by the Emergency Rule.

15.    N.F. desires to institute an action in the nature of a petition for Temporary Restraining Order, Injunctive Relief, and Declaratory Relief on behalf of the minor child against Defendant.

16.    N.F. hereby CONSENTS to act as Next Friend for A.F. for the purpose of this litigation.

---

[1] As further detailed in Plaintiff's Petition for a Temporary Restraining Order, Injunctive Relief, and Declaratory Relief, on April 13, 2023, Andrew Bailey, Attorney General of Missouri, submitted a proposed Emergency Rule, 15 C.S.R. 60-17.010 Experimental Interventions to Treat Gender Dysphoria, to Jay Ashcroft, Secretary of State for review and approval (referred to throughout as the "Emergency Rule").

Electronically Filed - St Louis County - April 24, 2023 - 04:18 PM

17.     In addition to the minors proceeding using their initials, in order to protect the minors' identities, A.S. and N.F. seek to use their initials as well. *See, e.g.*, *In re A.B.*, 375 S.W.3d 258 n.1 (Mo. App. W.D. 2012) (per curiam) ("In order to protect the identity of the minor children involved in this proceeding, we have utilized the initials of the children in the caption of the case and likewise reference the children's mother by her initials in this *per curiam* order."). A.S. and N.F. seek lesser relief than proceeding entirely anonymously but would be justified in doing so as there are several circumstances where courts typically allow parties to proceed anonymously. *See Doe H.M. v. St. Louis County*, No. 4:07-cv-2116, 2008 WL 151629 at *1 (E.D. Mo. Jan. 14, 2008) (noting that the circumstances include, "(1) where the plaintiff is challenging government activity; (2) where the plaintiff is required to disclose information of the utmost intimacy; and (3) where the plaintiff risks criminal prosecution through the information contained in the pleading"). Parents are routinely permitted to use initials in cases where their child is a minor initiating suit through a parent. *See, e.g.*, *Indep. Sch. Dist. No. 283 v. S.D. by J.D.*, 88 F.3d 556 (8th Cir. 1996); *In re Minneto v. M.L.K., by & through his Parents S.K. and D.K.*, No. CV 20-1036 (DWF/KMM), 2021 WL 780723, at *1 (D. Minn. Mar. 1, 2021).

18.     Revealing the minor's identities, which would be ascertainable if their parents' identities were public, "would reveal matters of a highly sensitive and personal nature, specifically [the minors'] transgender status and [their] diagnosed medical condition—gender dysphoria." *Foster v. Andersen*, No. 18-2552-DDC-KGG, 2019 WL 329548, at *2 (D. Kan. Jan. 25, 2019). "[O]ther courts have recognized the highly personal and sensitive nature of a person's transgender status and thus have permitted transgender litigants to proceed under pseudonym." *Id.* (collecting cases). Additionally, making the minors' transgender status public is likely to subject them and their families "to discrimination, harassment, and violence," "fears [that] are justified." *Id.*; *see*

3

*also Arroyo Gonzalez v. Rossello Nevares*, 305 F. Supp. 3d 327, 333 (D.P.R. 2018) (concluding that forced disclosure of a transgender person's status "exposes transgender individuals to a substantial risk of stigma, discrimination, intimidation, violence, and danger").

19.     Given the sensitive nature of this litigation and the public sentiment surrounding the issues involved, the interest in maintaining the privacy of the minor plaintiffs and their families is heightened. Identifying the parents of the minor children will reveal the identities of the minors themselves. Doing so would defeat the purpose of the rules intended to shield children from the full force of public scrutiny by requiring them to be identified by initials only in public filings. Thus, an order allowing Plaintiffs A.S., R.S., N.F., and A.F., to be identified only by initials in any filing submitted in this case is warranted.

WHEREFORE, Plaintiffs request an order allowing the Plaintiffs A.S., R.S., N.F., and A.F. to proceed using their initials and appointing A.S. as Next Friend for R.S. and N.F. as Next Friend for A.F., for the purposes of this litigation.

Dated: April 24, 2023

Respectfully submitted,

By:   /s/ *J. Bennett Clark*

GILLIAN R. WILCOX, #61278
JASON ORR, #56607
**ACLU of Missouri Foundation**
406 West 34th Street, Ste. 420
Kansas City, MO 64111
gwilcox@aclu-mo.org
jorr@aclu-mo.org

ANTHONY E. ROTHERT, #44827
JONATHAN SCHMID, #74360
**ACLU of Missouri Foundation**
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
arothert@aclu-mo.org
jschmid@aclu-mo.org

NORA HUPPERT*
KARA INGELHART*
**Lambda Legal Defense
and Education Fund, Inc.**
65 E. Wacker Pl., Suite 2000
Chicago, IL 60601
(312) 663-4413
nhuppert@lambdalegal.org
kingelhart@lambdalegal.org

OMAR GONZALEZ-PAGAN*
**Lambda Legal Defense
and Education Fund, Inc.**
120 Wall Street, 19th Floor
New York, NY 10005
(212) 809-8585
ogonzalez-pagan@lambdalegal.org

J. BENNETT CLARK, #30907
MICHAEL E. ROWAN, #72992
MARY GRACE E. WARREN, #73147
**Bryan Cave Leighton Paisner LLP**
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000
ben.clark@bclplaw.com
michael.rowan@bclplaw.com
marygrace.warren@bclplaw.com

JAMES D. LAWRENCE, #53411
TYLER JERRAD BLAKE BRIGGS, #73151
**Bryan Cave Leighton Paisner LLP**
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
(816) 374-3200
jdlawrence@bclplaw.com
tj.briggs@bclplaw.com

* Application for admission *pro hac vice*
forthcoming.

*Attorneys for Plaintiffs*

Electronically Filed - St Louis County - April 24, 2023 - 04:18 PM

**IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY**
**STATE OF MISSOURI**

| | |
|---|---|
| SOUTHAMPTON COMMUNITY HEALTHCARE, formerly known as SOUTHAMPTON HEALTHCARE, INC.; KELLY STORCK; A.S., as next friend and on behalf of her minor child R.S.; N.F., as next friend and on behalf of his minor child A.F.; and LOGAN CASEY; | |
| Plaintiffs, | Case No. _____ |
| v. | Division: _____ |
| ANDREW BAILEY, in his official capacity as Attorney General for the State of Missouri, 207 West High Street, Jefferson City, MO 65102, | |
| Defendant. | |

**ORDER APPOINTING NEXT FRIEND AND ALLOWING MINORS, AS WELL AS PARENTS AS NEXT FRIENDS, TO PROCEED USING THEIR INITIALS**

UPON Plaintiffs' request and for good cause shown, the Court does hereby appoint Plaintiff A.S. as Next Friend for the minor Plaintiff R.S., and Plaintiff N.F. as Next Friend for the minor Plaintiff A.F., and leave is GRANTED for Plaintiffs A.S. and N.F. to proceed on behalf of the minor Plaintiffs. It is further ORDERED, for good cause shown, that the minor Plaintiffs and their parents as Next Friends shall proceed in this action using their initials—A.S., R.S., N.F., and A.F.—in order to protect the identities of the minor Plaintiffs.

Date: _____

_____
Circuit Court Judge

Electronically Filed - St Louis County - April 24, 2023 - 04:18 PM

Electronically Filed - St Louis County - April 24, 2023 - 04:18 PM

**In the**

# CIRCUIT COURT

**Of St. Louis County, Missouri**

April 24, 2023
Date

_Southampton Community Healthcare, et al._
Plaintiff/Petitioner

vs.

Case Number

_Andrew Bailey, in his official capacity as AG for MO_
Defendant/Respondent

Division

For File Stamp Only

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now _Southampton Community Healthcare, et al._, pursuant
Requesting Party

to Local Rule 28, and at his/her/its own risk requests the appointment of the Circuit Clerk of

_Larry McDowell, McDowell & Associates, 1031 Lami Street, St. Louis, MO 63104_

Name of Process Server      Address      Telephone

Name of Process Server      Address or in the Alternative      Telephone

Name of Process Server      Address or in the Alternative      Telephone

Natural person(s) of lawful age to serve the summons and petition in this cause on the below
named parties. This appointment as special process server does not include the authorization
to carry a concealed weapon in the performance thereof.

SERVE:

_Andrew Bailey, in his official capacity as AG for MO_
Name

_207 West High Street_
Address

_Jefferson City, MO 65102_
City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

SERVE:

Name

Address

City/State/Zip

Appointed as requested:

**JOAN M. GILMER,** Circuit Clerk

/s/ J. Bennett Clark
Signature of Attorney/Plaintiff/Petitioner

By _____
Deputy Clerk

_30907_
Bar No.

_211 North Broadway, St. Louis, MO 63102_
Address

_(314) 259-2000_
Phone No.      Fax No.

_____
Date

CCADM62-WS    Rev. 07/22

# IN THE CIRCUIT COURT OF THE COUNTY OF ST. LOUIS STATE OF MISSOURI

| | | |
|---|---|---|
| SOUTHAMPTON COMMUNITY HEALTHCARE, et al, | ) ) ) ) | **FILED**<br>04/25/23<br>JOAN M. GILMER<br>CIRCUIT CLERK<br>ST. LOUIS COUNTY, MO |
| Plaintiffs, | ) ) | Cause No. 23SL-CC01673 |
| vs. | ) ) | Division 14 |
| ANDREW BAILEY, | ) ) ) | |
| Defendant. | | |

## COURT ORDER – <u>AMENDED</u> NOTICE OF HEARING

Comes now the court, on is own motion, and hereby notified all counsel of record and all interested parties that plaintiffs' motions will be heard in the **<u>main courtroom on the first floor</u>** of the St. Louis County Courthouse, **<u>SO-1</u>**, on the 26th day of April, 2023, at 1:30 pm, all proceedings to be conducted **<u>in person</u>** (not by video-conference/WebEx).

SO ORDERED:

_____
Judge                            Division 14
April 25, 2023

_____
Kristine Allen Kerr
Circuit Judge, Division 14

cc: to all parties, through counsel of record, via the court's electronic filing system.

Electronically Filed - St Louis County - April 24, 2023 - 04:18 PM

**IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY**
**STATE OF MISSOURI**

SOUTHAMPTON COMMUNITY
HEALTHCARE, formerly known as
SOUTHAMPTON HEALTHCARE, INC.;
KELLY STORCK; A.S., as next friend and on
behalf of her minor child R.S.; N.F., as next
friend and on behalf of his minor child A.F.;
and LOGAN CASEY;

                     Plaintiffs,

v.

ANDREW BAILEY, in his official capacity as
Attorney General for the State of Missouri,
207 West High Street,
Jefferson City, MO 65102,

                     Defendant.

Case No. _____

Division: _____

```
              FILED
            04/25/23
        JOAN M. GILMER
        CIRCUIT CLERK
     ST. LOUIS COUNTY, MO
```

**ORDER APPOINTING NEXT FRIEND AND ALLOWING MINORS, AS WELL AS
PARENTS AS NEXT FRIENDS, TO PROCEED USING THEIR INITIALS**

UPON Plaintiffs' request and for good cause shown, the Court does hereby appoint
Plaintiff A.S. as Next Friend for the minor Plaintiff R.S., and Plaintiff N.F. as Next Friend for the
minor Plaintiff A.F., and leave is GRANTED for Plaintiffs A.S. and N.F. to proceed on behalf of
the minor Plaintiffs. It is further ORDERED, for good cause shown, that the minor Plaintiffs and
their parents as Next Friends shall proceed in this action using their initials—A.S., R.S., N.F., and
A.F.—in order to protect the identities of the minor Plaintiffs.

April 25, 2023

Date: _____

_____
Judge          Division 14
April 25, 2023
_____
Circuit Court Judge

Electronically Filed - St Louis County - April 24, 2023 - 04:18 PM

Electronically Filed - St Louis County - April 25, 2023 - 12:27 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| Southampton Community Healthcare, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 23SL-CC01673 |
| | ) | |
| Andrew Bailey, in his official capacity as | ) | |
| Missouri Attorney General, | ) | |
| | ) | |
| Defendant. | ) | |

Entry of Appearance

Anthony E. Rothert hereby enters his appearance on behalf of Plaintiffs.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert
American Civil Liberties Union
of Missouri
906 Olive Street, Suite 1130
St. Louis, Missouri 63103
(618) 531-4184
arothert@aclu-mo.org

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:


SERVICE PARTY:   JAMES BENNETT CLARK, Attorney for Plaintiff
SERVICE EMAIL:    ben.clark@bclplaw.com

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Southampton Community Healthcare, et al.,     )
                                       )
                    Plaintiffs,     )
                                       )
v.                                     ) No. 23SL-CC01673
                                       )
Andrew Bailey, in his official capacity as     )
     Missouri Attorney General,     )
                                       )
                    Defendant.     )

Entry of Appearance

Gillian R. Wilcox hereby enters her appearance as co-counsel on behalf of all Plaintiffs.

Respectfully submitted,

/s/ Gillian R. Wilcox
Anthony E. Rothert
American Civil Liberties Union
of Missouri
406 West 34th St., Suite 420
Kansas City, Missouri 64111
(816) 470-9938
gwilcox@aclu-mo.org

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:


SERVICE PARTY:    JAMES BENNETT CLARK, Attorney for Plaintiff
SERVICE EMAIL:    ben.clark@bclplaw.com

Electronically Filed - St Louis County - April 25, 2023 - 12:34 PM

Electronically Filed - St Louis County - April 25, 2023 - 01:40 PM

**IN THE CIRCUIT COURT OF SAINT LOUIS COUNTY**
**STATE OF MISSOURI**

SOUTHAMPTON COMMUNITY
HEALTHCARE, formerly known as
SOUTHAMPTON HEALTHCARE, INC.;
KELLY STORCK; A.S., as next friend and on
behalf of her minor child R.S.; N.F., as next
friend and on behalf of his minor child A.F.;
and LOGAN CASEY;

                    *Plaintiffs*,

v.

ANDREW BAILEY, in his official capacity as
Attorney General for the State of Missouri,
207 West High Street,
Jefferson City, MO 65102,

                    *Defendant*.

Case No.  23SL-CC01673

Division: 14

**VERIFIED MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Come now Plaintiffs, pursuant to Missouri Supreme Court Rule 9.03, and move for the

admission of Omar Gonzalez-Pagan *pro hac vice* to the bar of this Court for the purpose of

representing Plaintiffs in this matter. In support of this motion:

1. Mr. Gonzalez-Pagan attests as follows:

    a. He is licensed to practice in the following jurisdictions, including dates of

       admission and attorney registration numbers where applicable:

| Name of State or Federal Bar or Court | Bar Number (if any) | Date of Admission |
|---|---|---|
| State of Massachusetts | 678517 | 11/23/2010 |
| State of New York (New York Supreme Court, Appellate Division, Second Department) | 5294616 | 02/25/2015 |

1

| | | |
|---|---|---|
| U.S. Supreme Court | 294090 | 03/23/2015 |
| U.S. Court of Appeals for the First Circuit | 1167550 | 11/14/2014 |
| U.S. Court of Appeals for the Second Circuit | n/a | 03/08/2016 |
| U.S. Court of Appeals for the Third Circuit | n/a | 01/12/2018 |
| U.S. Court of Appeals for the Fourth Circuit | n/a | 10/19/2017 |
| U.S. Court of Appeals for the Fifth Circuit | n/a | 10/09/2014 |
| U.S. Court of Appeals for the Seventh Circuit | n/a | 08/05/2016 |
| U.S. Court of Appeals for the Eighth Circuit | n/a | 03/18/2016 |
| U.S. Court of Appeals for the Ninth Circuit | n/a | 03/12/2020 |
| U.S. Court of Appeals for the Tenth Circuit | n/a | 04/15/2021 |
| U.S. Court of Appeals for the Eleventh Circuit | 698387598 | 03/24/2017 |
| U.S. Court of Appeals for the District of Columbia Circuit | 62772 | 12/01/2020 |
| U.S. District Court for the District of Colorado | n/a | 12/07/2015 |
| U.S. District Court for the District of Massachusetts | n/a | 11/15/2011 |
| U.S. District Court for the Eastern District of New York | n/a | 01/06/2022 |
| U.S. District Court for the Southern District of New York | OG2885 | 09/29/2015 |
| U.S. District Court for the Northern District of New York | 520915 | 10/23/2017 |

    b.   He currently serves as Counsel at Lambda Legal Defense and Education Fund, Inc., 120 Wall Street, 19th Floor, New York, NY 10005.

    c.   Neither Mr. Gonzalez-Pagan nor any member of his firm is under suspension or disbarment by any such court.

    d.   In-state counsel for this matter is GILLIAN R. WILCOX, Missouri Bar number 61278.

Electronically Filed - St Louis County - April 25, 2023 - 01:40 PM

2.  A copy of the receipt from the Missouri Supreme Court acknowledging payment of the

    $410.00 fee required by Missouri Supreme Court Rule 6.01(n) is attached hereto.

WHEREFORE Plaintiffs respectfully request the motion be sustained and Omar Gonzalez-

Pagan be admitted *pro hac vice* for the purpose of representing them in this case.

I attest under penalties of perjury the truth and accuracy of the foregoing facts.

Respectfully submitted,

*/s/ Gillian R. Wilcox*
Gillian R. Wilcox #61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, MO 64111
(816) 470-9938

Electronically Filed - St Louis County - April 25, 2023 - 01:40 PM

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 25, 2023, the foregoing motion was filed

electronically and served automatically on the counsel for all parties.

Respectfully submitted,

*/s/ Gillian R. Wilcox*
Gillian R. Wilcox #61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, MO 64111
(816) 470-9938

Electronically Filed - St Louis County - April 25, 2023 - 01:40 PM



**CLERK OF THE SUPREME COURT**
STATE OF MISSOURI
POST OFFICE BOX 150
JEFFERSON CITY, MISSOURI
65102

BETSY AUBUCHON
CLERK

TELEPHONE
(573) 751-4144

4/25/2023

*This will hereby acknowledge receipt of $410.00 as required by Rule 6.01(n) for Omar Gonzalez-Pagan,*
*appearing in SOUTHAMPTON COMM. HEALTH, ET AL V. ANDREW BAILEY, Case No. 23SL-CC01673,*
*before the Circuit Court, Saint Louis County, State of Missouri.*

Betsy AuBuchon, Clerk

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

SOUTHAMPTON COMMUNITY
HEALTHCARE, formerly known as
SOUTHAMPTON HEALTHCARE, INC.;
KELLY STORCK; A.S., as next friend and
on behalf of her minor child R.S.; N.F., as
next friend and on behalf of his minor child
A.F.; and LOGAN CASEY;

                 *Plaintiffs*,

v.

ANDREW BAILEY, in his official
capacity as Attorney General for the State
of Missouri,
207 West High Street,
Jefferson City, MO 65102

                 *Defendant*.

Case No.: 23SL-CC01673

Division: 14

**VERIFIED MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Come now Plaintiffs, pursuant to Missouri Supreme Court Rule 9.03, and move for the

admission of Kara N. Ingelhart *pro hac vice* to the bar of this Court for the purpose of

representing Plaintiffs in this matter. In support of this motion:

1. Ms. Ingelhart attests as follows:

    a. She is licensed to practice in the following jurisdictions, including dates of

       admission and attorney registration numbers where applicable:

| U.S. Supreme Court | 3/29/2021 | 314312 |
|---|---|---|
| Illinois | 12/22/2015 | 6321949 |
| 7th Circuit Court of Appeals | 03/10/2017 | |
| 9th Circuit Court of Appeals | 12/19/2017 | |
| 4th Circuit Court of Appeals | 6/4/2019 | |
| Northern District of Illinois | 1/27/2017 | 6321949 |
| Western District of Michigan | 09/01/2017 | |

1

b. She currently serves as a Senior Attorney at Lambda Legal Defense and Education Fund, Inc., 65 E. Wacker Place, Suite 2000, Chicago, Illinois 60601.

c. Neither Ms. Ingelhart nor any member of her firm is under suspension or disbarment by any such court.

d. In-state counsel for this matter is GILLIAN R. WILCOX, Missouri Bar number 61278.

2. A copy of the receipt from the Missouri Supreme Court acknowledging payment of the $410.00 fee required by Missouri Supreme Court Rule 6.01(n) is attached hereto.

WHEREFORE Plaintiffs respectfully request the motion be sustained and Kara N. Ingelhart be admitted *pro hac vice* for the purpose of representing them in this case.

I attest under penalties of perjury the truth and accuracy of the foregoing facts.

Respectfully submitted,

*/s/ Gillian R. Wilcox*
Gillian R. Wilcox #61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, MO 64111
(816) 470-9938

Electronically Filed - St Louis County - April 25, 2023 - 01:40 PM

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 25, 2023, the foregoing motion was filed electronically and served automatically on the counsel for all parties.

Respectfully submitted,

*/s/ Gillian R. Wilcox*
Gillian R. Wilcox #61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, MO 64111
(816) 470-9938

Electronically Filed - St Louis County - April 25, 2023 - 01:40 PM



**CLERK OF THE SUPREME COURT**
STATE OF MISSOURI
POST OFFICE BOX 150
JEFFERSON CITY, MISSOURI
65102

BETSY AUBUCHON
CLERK

TELEPHONE
(573) 751-4144

4/25/2023

*This will hereby acknowledge receipt of $410.00 as required by Rule 6.01(n) for Kara Ingelhart,*
*appearing in SOUTHAMPTON COMM. HEALTH, ET AL V. ANDREW BAILEY, Case No. 23SL-CC01673,*
*before the Circuit Court, Saint Louis County, State of Missouri.*

Betsy AuBuchon, Clerk

**IN THE CIRCUIT COURT OF ST. LOUIS COUNTY**
**STATE OF MISSOURI**

SOUTHAMPTON COMMUNITY
HEALTHCARE, formerly known as
SOUTHAMPTON HEALTHCARE, INC.;
KELLY STORCK; A.S., as next friend and
on behalf of her minor child R.S.; N.F., as
next friend and on behalf of his minor child
A.F.; and LOGAN CASEY;

                *Plaintiffs*,

v.

ANDREW BAILEY, in his official
capacity as Attorney General for the State
of Missouri,
207 West High Street,
Jefferson City, MO 65102

                *Defendant*.

Case No.: 23SL-CC01673

Division: 14

**VERIFIED MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Come now Plaintiffs, pursuant to Missouri Supreme Court Rule 9.03, and move for the

admission of Nora Huppert *pro hac vice* to the bar of this Court for the purpose of representing

Plaintiffs in this matter. In support of this motion:

1. Ms. Huppert attests as follows:

   a. She is licensed to practice in the following jurisdictions, including dates of

       admission and attorney registration numbers where applicable:

| California | 3/31/2020 | 330552 |
|---|---|---|
| Illinois | 11/23/2021 | 6338596 |
| 4th Circuit Court of Appeals | 9/15/2022 | |
| 9th Circuit Court of Appeals | 4/15/2021 | |
| 10th Circuit Court of Appeals | 4/21/2021 | |
| 11th Circuit Court of Appeals | 5/21/2021 | |
| Eastern District of California | 2/14/2022 | 330552 |

1

Electronically Filed - St Louis County - April 25, 2023 - 01:40 PM

b.  She currently serves as an Attorney at Lambda Legal Defense and Education Fund, Inc., 65 E. Wacker Place, Suite 2000, Chicago, Illinois 60601.

c.  Neither Ms. Huppert nor any member of her firm is under suspension or disbarment by any such court.

d.  In-state counsel for this matter is GILLIAN R. WILCOX, Missouri Bar number 61278.

2.  A copy of the receipt from the Missouri Supreme Court acknowledging payment of the $410.00 fee required by Missouri Supreme Court Rule 6.01(n) is attached hereto.

WHEREFORE Plaintiffs respectfully request the motion be sustained and Nora Huppert be admitted *pro hac vice* for the purpose of representing them in this case.

I attest under penalties of perjury the truth and accuracy of the foregoing facts.

Respectfully submitted,

*/s/ Gillian R. Wilcox*
Gillian R. Wilcox #61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, MO 64111
(816) 470-9938

2

Electronically Filed - St Louis County - April 25, 2023 - 01:40 PM

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 25, 2023, the foregoing motion was filed electronically and served automatically on the counsel for all parties.

Respectfully submitted,

*/s/ Gillian R. Wilcox*
Gillian R. Wilcox #61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, MO 64111
(816) 470-9938

Electronically Filed - St Louis County - April 25, 2023 - 01:40 PM



**CLERK OF THE SUPREME COURT**
**STATE OF MISSOURI**
**POST OFFICE BOX 150**
**JEFFERSON CITY, MISSOURI**
**65102**

BETSY AUBUCHON
CLERK

TELEPHONE
(573) 751-4144

4/25/2023

*This will hereby acknowledge receipt of $410.00 as required by Rule 6.01(n) for Nora Huppert, appearing*
*in Southampton Comm. Health, et al v. Andrew Bailey, Case No. 23SL-CC01673, before the Circuit Court,*
*Saint Louis County, State of Missouri.*

Betsy AuBuchon, Clerk

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:


SERVICE PARTY:   JAMES BENNETT CLARK, Attorney for Plaintiff
SERVICE EMAIL:   ben.clark@bclplaw.com


SERVICE PARTY:   ANTHONY EDWARD ROTHERT, Co-Counsel for Plaintiff
SERVICE EMAIL:   trothert@aclu-mo.org

Electronically Filed - St Louis County - April 25, 2023 - 01:40 PM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

Southampton Community Healthcare, et al.,    )
    )
    Plaintiffs,    )
    )
v.    )    No. 23SL-CC01673
    )
Andrew Bailey, in his official capacity as    )
    Missouri Attorney General,    )
    )
    Defendant.    )

ORDER

Now before this Court are three motions for leave to appear *pro hac vice*. For good cause

shown, the Court GRANTS the pending motions. Omar Gonzalez-Pagan, Nora Huppert, and

Kara N. Ingelhart are hereby allowed to appear *pro hac vice* on behalf of all Plaintiffs.


Date: _____        _____

                                     Circuit Court Judge