

| Judicial Links | eFiling | Help | Contact Us | Print | Logon |

**23SL-CC01673 - SOUTHAMPTON COMM. HEALTH, ET AL V. ANDREW BAILEY (E-CASE)**

Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/Execution

Sort Date Entries: ● Descending ○ Ascending       Display Options: All Entries

**04/25/2023**  **Entry of Appearance Filed**
Entry of Appearance; Electronic Filing Certificate of Service.
    **Filed By:** GILLIAN R WILCOX
    **On Behalf Of:** SOUTHAMPTON COMMUNITY HEALTHCARE, KELLY STORCK, A. S., N. F., LOGAN CASEY, R. S., A. F.

**Entry of Appearance Filed**
entry of appearance for plaintiffs by anthony e rothert; Electronic Filing Certificate of Service.
    **Filed By:** ANTHONY EDWARD ROTHERT
    **On Behalf Of:** SOUTHAMPTON COMMUNITY HEALTHCARE, KELLY STORCK, A. S., N. F., LOGAN CASEY, R. S., A. F.

**Order Appt Next of Friend**
AS PER ORDER SO ORDERED: JUDGE KERR

**Notice of Hearing Filed**
COURT'S AMENDED NOTICE OF HEARING; THE TRO WILL BE HEARD IN PERSON IN THE MAIN COURTROOM ON THE FIRST FLOOR, (SO-1) ON 4/26/23 @ 1:30 P.M SO ORDERED: JUDGE KERR

**Motion Hearing Scheduled**
VIA WEBEX # 146 113 8079
    **Scheduled For:** 04/26/2023;  1:30 PM ;  KRISTINE A KERR;  St Louis County

**04/24/2023**  **Filing Info Sheet eFiling**
    **Filed By:** JAMES BENNETT CLARK

**Motion Special Process Server**
Motion for Special Process Server.
    **Filed By:** JAMES BENNETT CLARK
    **On Behalf Of:** SOUTHAMPTON COMMUNITY HEALTHCARE, KELLY STORCK, A. S., N. F., LOGAN CASEY

**Memo of Law in Suppt of Filed**
Plaintiffs Memorandum in Support of Motion for Temporary Restraining Order; Declaration of Dr. Michael Donovan; Declaration of Dr. Sam Trochtrop; AS Affidavit; NF Affidavit; Logan Casey; Shumer Declaration; Storck Affidavit; Declaration of Aaron Jannssen - part A; Declaration of Aaron Jannssen - part B.
    **Filed By:** JAMES BENNETT CLARK

**Mot for Temp Restraining Order**
Plaintiffs Motion for Temporary Restraining Order; Proposed Order.
    **Filed By:** JAMES BENNETT CLARK

**Motion to Appoint Next Friend**

Motion for Appointment of Next Friend and Order Allowing Minors, As well as Parents and Next Friends to Proceed Using Their Initials; Proposed Order.
   **Filed By:** JAMES BENNETT CLARK

**Pet Filed in Circuit Ct**
Petition for a Temporary Restraining Order, Injunctive Relief, and Declaratory Relief; Exhibit A; Exhibit B.
   **Filed By:** JAMES BENNETT CLARK

04/24/2023   **Notice of Hearing Filed**
Notice of Hearing - Motion for Temporary Restraining Order.
   **Filed By:** JAMES BENNETT CLARK

**Judge/Clerk - Note**
NO SUMMONS ISSUED DUE TO MISSING 2ND PAGE OF THE MOTION FOR SPECIAL PROCESS SERVER FORM. IT IS REQUIRED THAT THE 2ND PAGE OF THE PROCESS SERVER FORM BE SUBMITTED ALONG WITH THE 1ST PAGE. PLEASE E-FILE A MOTION FOR SPECIAL PROCESS SERVER FORM WITH BOTH PAGES INCLUDED SO THAT MOTION FOR SPECIAL PROCESS SERVER CAN BE APPROVED AND SO THAT YOUR SUMMONS CAN BE PROCESSED.

**Judge Assigned**
DIV 14

Case.net Version 5.14.62              [Return to Top of Page](#)              Released 02/03/2023