UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SOUTHAMPTON COMMUNITY HEALTHCARE, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 4:23CV538   HEA |
| ANDREW BAILEY, | ) ) ) ) |
| Defendant, | ) |

## ORDER

**IT IS HEREBY ORDERED** that a hearing on Plaintiff's Motion to Remand is set in matter for April 26, 2023, at 1:00 p.m. and will take place by Zoom.   Hearing participants will receive a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone: 1-669-254-5252, Meeting ID: 160 994 6867.  Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

Dated this 26th day of April, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE